# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

SECURITYPROFILING, LLC,

vs.                                              Case No.: 6:21-cv-00337-ADA

CISCO SYSTEMS, INC.,

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

    Comes now Joseph A. Powers, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent Cisco Systems, Inc. in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Duane Morris LLP with offices at:

   Mailing address: 30 South 17th Street

   City, State, Zip Code: Philadelphia, PA 19103-4196

   Telephone: 215-979-1842      Facsimile: 215-689-3797

2. Since November 30, 1999, Applicant has been and presently is a member of and in good standing with the Bar of the State of Pennsylvania. Applicant's bar license number is 84590.

3. Applicant has been admitted to practice before the following courts:

   Court:                                    Admission date:

   See Attached

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):
N/A

5. I ☒ have ☐ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:
Number: 1:14-cv-148-LY on the 24 day of March, 2014.
Number: 1:14-cv-149-LY on the 24 day of March, 2014.
Number: _____ on the ___ day of _____, ____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:
N/A

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):
N/A

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Gilbert A. Greene, Duane Morris LLP

Mailing address: 900 S. Capital of Texas Highway, Suite 300

City, State, Zip Code: Austin, TX 78746

Telephone: 512.277.2300

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Joseph A. Powers to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Joseph A. Powers
[printed name of Applicant]

*[signature]*
[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 3rd day of August, 2021.

Joseph A. Powers
[printed name of Applicant]

*[signature]*
[signature of Applicant]

3. **Applicant has been admitted to practice before the following courts:**

| Court | Admission date |
|---|---|
| U.S. Supreme Court of Pennsylvania | November 1999 |
| U.S. Supreme Court of New Jersey | December 1999 |
| U.S. Eastern District of Texas | December 2010 |
| U.S. Court of Appeals for the Federal Circuit | December 2006 |